UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORMAN SANDERS (#197433)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-227-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Richard L. Bourgeois, Jr. dated February 10, 2015 (doc. no. 136). The plaintiff filed an objection which essentially restates his prior argument and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 126) is GRANTED, dismissing the plaintiff's remaining claims asserted against the defendants and this action is DISMISSED.

Baton Rouge, Louisiana, this 23rd day of March, 2015.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE