UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORMAN SANDERS (#197433)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 11-227-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 30, 3015 (doc. no. 154). The plaintiff has filed an objection which has been duly considered and lacks merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Review and Opposition to Taxation of Cost (doc. no. 152) is DENIED and the defendants' Motion to Recover Awarded Costs (doc. no. 151) is GRANTED. Further plaintiff **Norman Sanders (#197433)** shall pay assessed costs in the amount of **$209.90** in periodic installments. The plaintiff is required to make payments of 20% of the preceding month's income credited to his inmate accounts until he has paid the total assessed costs of $209.90. The agency having custody of the plaintiff shall collect this amount from the plaintiff's trust fund accounts or institutional equivalents and, each time that the amount collected exceeds $10.00, shall issue a check made payable to the State of Louisiana, office of Risk Management, and shall forward same to Jimmy Meaux, State Risk Claims Manager, State of Louisiana, Office of Risk Management, Post Office Box 91106, Baton Rouge, LA 70821-9106, with the following ORM number noted on the check for proper credit: 10G0406SA0903. This shall be in addition to any deductions taken from the plaintiff's accounts to pay filing fees that the inmate might owe and shall be deducted from the

CIB

inmate's account until the total amount of $209.90 is paid. Further, the Clerk of Court shall mail, or deliver by electronic means, a copy of this Order to the plaintiff and to the Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections.

Baton Rouge, Louisiana, this 1ST day of February, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA